# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 17-40887
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2018

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

IVAN MANUEL TABAREZ-RODRIGUEZ, also known as Manuel Tabarez-Rodriguez,

Defendant–Appellant.

———————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:17-CR-80-1

———————————————

Before SOUTHWICK, WILLETT, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ivan Tabarez-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Counsel also moves for leave to file a supplemental

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40887

*Anders* brief, which we GRANT. Tabarez-Rodriguez has filed a response, which includes a request that new counsel be appointed.

We have reviewed counsel's brief, supplemental brief, and the relevant portions of the record reflected therein, as well as Tabarez-Rodriguez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Tabarez-Rodriguez's motion for appointment of counsel is DENIED.